# UNITED STATES DISTRICT COURT

__Northern__ District of __Texas at Fort Worth__

UNITED STATES OF AMERICA
V.
ERICA ADDERLY

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
|  | 7:20-CR-59 | 4:21-MJ-012 |  |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☒ Indictment  ☐ Information  ☐ Complaint  ☐ Other (specify)  ☐ Petition

charging a    18    U.S.C.    2250

**DISTRICT OF OFFENSE**
Middle District of Georgia/Valdosta

**DESCRIPTION OF CHARGES:**

Failure to register as a sex offender

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 11 2021
CLERK, U.S. DISTRICT COURT
By_____
Deputy

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| Representation: | ☐ Retained Own Counsel | ☒ Federal Defender Organization | ☐ CJA | ☐ None |
|---|---|---|---|---|
| Interpreter Required? | ☒ No | ☐ Yes | Language: | |

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

__January 11, 2021__                                __[signature]__
           Date                                           Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |